# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID MICHAEL STEINHAUER,
Appellant,

vs.

WARDEN, RENEE BAKER; SHERIFF
CHUCK ALLEN; NEVADA ATTORNEY
GENERAL; AND DEPUTY DISTRICE
ATTORNEY KEITH MUNRO,
Respondents.

No. 71954

FILED

MAR 2 7 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court denying a "request for production of documents pursuant to NRCP 34." Second Judicial District Court, Washoe County; Lidia Stiglich, Judge.

Because no statute or court rule permits an appeal from the aforementioned order in a criminal matter, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Chief Judge, Second Judicial District Court
       Second Judicial District Court, Department 8
       David Michael Steinhauer
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk